IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM DELBERT OLSEN, <br><br> Plaintiff, <br><br> v. <br><br> JAMES WINDER, <br><br> Defendant. | **DISMISSAL ORDER <br> & MEMORANDUM DECISION** <br><br> Case No. 2:12-CV-154 DS <br><br> District Judge David Sam |

Plaintiff, inmate Adam Delbert Olsen, filed this *pro se* civil rights suit, see 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, see 28 *id.* 1915. Reviewing the complaint under § 1915(e), in an Order dated July 17, 2012, the Court determined Plaintiff's complaint was deficient. The Court then gave Plaintiff direction for curing the deficiency, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiency within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 19th day of September, 2012.

BY THE COURT:

*David Sam*

JUDGE DAVID SAM
United States District Court